IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOMMY WHITE                                                                PLAINTIFF

V.                                                                    NO. 3:08CV119-M-D

M.C.C.F., et al.                                                           DEFENDANT

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Plaintiff, an inmate, brings this complaint *pro se* pursuant to 42 U.S.C. § 1983. The Magistrate Judge has submitted a Report dated March 6, 2009, recommending the dismissal of a Defendant.

The Report was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.

**THEREFORE**, it is hereby **ORDERED** that

(1) the Report and Recommendation (docket entry 16) is **APPROVED** and **ADOPTED** as the opinion of this court;

(2) Defendant Zoley and the claims against him are **DISMISSED WITH PREJUDICE**; and

(3) Plaintiff may proceed with his claim against the remaining Defendants.

SO ORDERED, this the 7th day of April, 2009.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**